# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

WILLIAM TODD JENKINS                                        PLAINTIFF

v.                           NO. 4:12CV00457 JLH

ST. VINCENT INFIRMARY
MEDICAL CENTER d/b/a
ST. VINCENT HEALTH SYSTEM                                 DEFENDANT

## ORDER

The motions for admission *pro hac vice* of James C. Sullivan and Jill M. Borgonzi are GRANTED. Documents #5 and #6. James C. Sullivan and Jill M. Borgonzi are hereby admitted to appear before this Court as co-counsel for the defendant in this action.

IT IS SO ORDERED this 21st day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE